IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISS CRAWFORD**                                                                **PLAINTIFF**
**#46945**

**v.**                      **Case No. 4:25-cv-00142-LPR-PSH**

**TIM RYALS, et al.**                                                      **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 9). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's claims against Defendant Sheriff Ryals are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Clerk is instructed to terminate Sheriff Tim Ryals as a party Defendant. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would be frivolous and not taken in good faith.

IT IS SO ORDERED this 11th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE