**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHRISS CRAWFORD**                                                            **PLAINTIFF**
*ADC #162351*

**v.**                                            **No: 4:25-cv-00142-PSH**


**KHARI WILLIAMS,** *et al.*                                          **DEFENDANTS**

**ORDER**

Plaintiff Chriss Crawford filed a *pro se* complaint pursuant to 42 U.S.C. §

1983 while incarcerated in the Faulkner County Detention Center (Doc. No. 1) and

was subsequently granted leave to proceed *in forma pauperis* (IFP) pursuant to 28

U.S.C. § 1915(a) (Doc. No. 5).  He subsequently filed several notices of his address

changes and was most recently incarcerated at the White County Detention Center.

*See* Doc. Nos. 21, 51, 53, 92 & 93.

On April 17, 2026, Crawford notified the Court of a new free-world address

indicating that he had been released from custody (Doc. No. 104).  On May 21, 2026,

the Court ordered Crawford to submit the $350.00 filing fee or file a fully completed

and signed IFP application reflecting his free-world financial status within 30 days

(Doc. No. 110).  Crawford was cautioned that failure to comply with the Court's

order within that time would result in the dismissal of his case, without prejudice,

pursuant to Local Rule 5.5(c)(2).  The Court's order along with other mail sent to

Crawford at his updated address were subsequently returned to the Court as undeliverable.  *See* Doc. Nos. 111-113.

More than 30 days have passed, and Crawford has not complied or otherwise responded to the May 21 order.  He has also failed to update his address with the Court.[1]  Accordingly, Crawford's complaint should be and hereby is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS SO ORDERED this 25th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In its initial order to Crawford, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address.  The Court also notified Crawford that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice.  Doc. No. 3.