**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHRISS CRAWFORD**                                                                    **PLAINTIFF**
*ADC #162351*

**v.**                                        **No: 4:25-cv-00142-PSH**

**KHARI WILLIAMS,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 25th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE